UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| LEROY WILLIAMS,<br>    Petitioner,<br>v.<br>MICHAEL THOMPSON,<br>    Respondent. | Civil Action No. 04-12642-DPW |

SCANNED
DATE: _____
BY: _____

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel at the address below, by first class mail, postage pre-paid, on January 21, 2005.

Joseph F. Krowski
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General