UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 25 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

LEROY WILLIAMS,
    Petitioner,
v.

MICHAEL THOMPSON,
    Respondent.

Civil Action No. 04-12642-DPW

## MOTION TO ENLARGE THE TIME
## FOR FILING A RESPONSIVE PLEADING

The respondent, Michael Thompson, Superintendent of MCI-Shirley in Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to March 4, 2005.

As grounds therefor, the respondents' attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the complete record of the petitioner's state court proceedings from the Suffolk County District Attorney's office. The district attorney's office must locate the files, duplicate the records, including trial transcripts, and transmit a copy to the Attorney General's Office. These are time-consuming tasks which District Attorney staffers must fit into their regular pressing duties. Additional time is needed to review all the documents and transcripts when they arrive, to research relevant issues and to draft an appropriate response to the petition.

2

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include more than thirty-five federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to March 4, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C.*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

### CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she consulted with the office of the petitioner's counsel, Joseph F. Krowski, on January 21, 2005, regarding the above motion to enlarge and he did not assent to the motion.

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner's counsel at the address below, by first class mail, postage pre-paid, on January 21, 2005.
Joseph F. Krowski
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

*Annette C. Benedetto*
Annette C. Benedetto

3

Assistant Attorney General