UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEROY WILLIAMS,<br>      Petitioner,<br>v.<br><br>MICHAEL THOMPSON,<br>      Respondent. | )<br>)<br>)<br>)   Civil Action No. 04-12642-DPW<br>)<br>)<br>)<br>) |

## MOTION TO LATE FILE ANSWER AND SUPPLEMENTAL ANSWER

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court for leave to late file his Answer and Supplemental Answer instanter. In support thereof the respondent's counsel states that she inadvertently miscalendared the deadline and then encountered great difficulty in obtaining the state court records necessary to draft an Answer and Supplemental Answer. Undersigned counsel regrets any inconvenience to the Court or the petitioner or his counsel.

WHEREFOR, the respondent respectfully moves this Court for leave to file his Answer and Supplemental Answer instanter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

2

## CERTIFICATE OF SERVICE

_____I hereby certify that a true copy of the above document was served upon the petitioner's counsel at the address below, by first class mail, postage pre-paid, on April 14, 2005.

Joseph F. Krowski
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 0230

           /s/ Annette C. Benedetto
           Annette C. Benedetto
           Assistant Attorney General

## CERTIFICATE OF CONSULTATION

_____Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she consulted with the office of the petitioner's counsel, Joseph F. Krowski, regarding the above motion and he did not assent to the motion.

           /s/ Annette C. Benedetto
           Annette C. Benedetto
           Assistant Attorney General