UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| LEROY WILLIAMS,<br>       Petitioner,<br>v.<br><br>MICHAEL THOMPSON,<br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-12642-DPW |

**ANSWER**

The respondent answers the numbered paragraphs of the above-captioned petition for writ of habeas corpus as follows:

**1(a)-(b).**    Admitted

**2(a)**    Admitted in part. The jury found the petitioner guilty of unlawful carrying of a firearm, drug possession and drug trafficking on April 13, 1990. The jury continued its deliberations and, on April 17, 1990, found the petitioner guilty of murder in the first degree.

**2(b).**    Admitted.

**3.**    Admitted.

**4.**    Admitted.

**5.**    Denied in part. The petitioner was also found guilty of murder in the first degree.

**6-8.**    Admitted.

**9(a)-(g).**    Admitted.

**9(h).**    The respondent is without knowledge or information sufficient to form a belief as to the truth of this paragraph.

2

| | |
|---|---|
| **10.** | **Admitted.** |
| **11(a)(1).** | **Admitted** |
| **11(a)(2).** | **Admitted.** |
| **11(a)(3).** | **Admitted.** |
| **11(a)(4).** | **Admitted.** |
| **11(a)(5).** | **The grounds raised by the petitioner in his state action are included in documents filed in the Supplemental Answer herein attached. The record speaks for itself.** |
| **11(a)(6).** | **Admitted.** |
| **11(a)(7).** | **Admitted.** |
| **11(a)(8).** | **Admitted.** |
| **11(d)(1).** | **Admitted.** |
| **12.** | **GROUND ONE** |
| **12 (a)-(b).** | **These paragraphs contains conclusions of law requiring no response. To the extent that the petitioner presents facts, they are denied.** <br> **The respondent does admit that the petitioner filed a petition for leave to appeal the denial of his motion for a new trial by the Single Justice of the Supreme Judicial Court pursuant to G. L. c. 278, § 33E. The petition was denied.** |
| **12(c)(1).** | **Admitted.** |
| **12(c)(2).** | **This paragraph contains a conclusion of law requiring no response.** |
| **12(d)(1)-(3).** | **Admitted.** |

3

| | |
|---|---|
| 12(d)(4)-(6). | Denied in part. The petitioner filed a petition with the Single Justice of the Supreme Judicial Court for Suffolk County seeking leave to appeal the denial of his motion for a new trial pursuant to G. L. c. 278, § 33E. On December 15, 2004, the Single Justice issued an Amended Order denying the petition. This order is not appealable under Massachusetts law. The petitioner raised the issue of juror selection in the petition. |
| 12. | **GROUND TWO** |
| 12(a)-(b). | These paragraphs contains conclusions of law requiring no response. To the extent that the petitioner presents facts, they are denied. The petitioner admits that the petitioner did exhaust state remedies on Ground Two. |
| 12(c). | Admitted. |
| 12(d). | Admitted. |
| 13(a). | Denied. Relative to Ground One, the petition for leave to appeal the denial of his motion to dismiss to the Full Bench of the Supreme Judicial Court was rejected. This order is not appealable under Massachusetts law. |
| 13(b). | Admitted. |
| 14. | The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs |
| 15. | The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs. |
| 16(f)-(g). | Admitted. |

4

17-18.    The respondent is without knowledge or information sufficient to form a belief as to the truth of these paragraphs.

And further answering, the petitioner has exhausted state remedies on the grounds asserted, Ground One having been exhausted through procedural default.  Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is also filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

### DIRECT APPEAL:

1. Brief and Record Appendix for the Appellant on Appeal to the Massachusetts Supreme Judicial Court (S.J.C. 05836)

2. Brief and Supplemental Appendix For the Commonwealth On Appeal (S.J.C. 05836)

3. *Commonwealth v. Williams*, 422 Mass. 111, 661 N.E. 2d 617 (1996).

### MOTION TO NEW TRIAL:

1. Supplemental Memorandum of Law In Support of Motion for Leave to Appeal Denial of New Trial Motion ( SJ-2001-0424)

2. Commonwealth's Opposition to Defendant's Application for Leave to Appeal Denial of Motion for New Trial (SJ-2001-0424)

3. Amended Memorandum and Order, *Commonwealth v.Williams*, Supreme Judicial Court SJ-2001-1424, Suffolk Superior Court Docket No. 89-079573-6.

### DEFENSES

1.   The state court decision regarding Ground One rests on an adequate and independent state law ground which is not cognizable on federal habeas corpus review.

5

2.  The state court adjudication of the petitioner's claims on Ground Two was not contrary to nor an unreasonable application of clearly established Supreme Court law.

>   Respectfully submitted,
>
>   THOMAS F. REILLY
>   ATTORNEY GENERAL
>   /s/ Annette C. Benedetto
>   Annette C. Benedetto
>   Assistant Attorney General
>   Criminal Bureau
>   One Ashburton Place
>   Boston, Massachusetts 02108
>   (617) 727-2200
>   BBO No. 037060

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true copy of the above document was served upon the petitioner's counsel at the address below, by first class mail, postage pre-paid, on April 14, 2005.

Joseph F. Krowski
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 0230

>   /s/ Annette C. Benedetto
>   Annette C. Benedetto
>   Assistant Attorney General