UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **LEROY WILLIAMS,** ) | | |
| Petitioner, ) | | |
| v. ) | Civil Action No. 04-12642-DPW | |
| ) | | |
| **MICHAEL THOMPSON,** ) | | |
| Respondent. ) | | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent herein files a Supplemental Answer with the following documents from the petitioner's state court proceedings:

**DIRECT APPEAL:**

i. Brief and Record Appendix for the Appellant on Appeal to the Massachusetts Supreme Judicial Court (S.J.C. 05836)

2. Brief and Supplemental Appendix For the Commonwealth On Appeal (S.J.C. 05836)

3. *Commonwealth v. Williams*, 422 Mass. 111, 661 N.E. 2d 617 (1996).

**MOTION TO NEW TRIAL:**

1. Supplemental Memorandum of Law In Support of Motion for Leave to Appeal Denial of New Trial Motion ( SJ-2001-0424)

2. Commonwealth's Opposition to Defendant's Application for Leave to Appeal Denial of Motion for New Trial (SJ-2001-0424)

2

3. Amended Memorandum and Order, *Commonwealth v.Willliams*, Supreme Judicial Court SJ-2001-1424, Suffolk Superior Court Docket No. 89-079573-6.

The original documents are maintained in the case file in the Clerk's Office.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Annette C. Benedetto
          Annette C. Benedetto
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200

**Date: April 14, 2005**          BBO No. 037060