UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEROY WILLIAMS,<br>　　　Petitioner,<br>v.<br><br>MICHAEL THOMPSON,<br>　　　Respondent. | )<br>)<br>)<br>)　　Civil Action No. 04-12642-DPW<br>)<br>)<br>)<br>) |

**MOTION TO ENLARGE THE TIME FOR FILING
A MEMORANDUM IN OPPOSITION TO THE PETITION**

The respondent in the above-captioned petition for writ of habeas corpus respectfully moves this Court to enlarge the time for filing a memorandum of law in opposition to the petition for writ of habeas corpus to June 6, 2005.

In support thereof, the respondent's counsel states that litigation deadlines in her numerous other cases precludes an earlier response. The undersigned attorney's litigation responsibilities in the next several weeks include: researching and drafting an brief in the Massachusetts Appeals Court in a criminal appeal, *Commonwealth v. Senildo Berroa*, Massachusetts Appeals Court No. 2004-P-1758; researching and drafting dispositive memoranda of law on the merits in federal habeas corpus petitions, *Desrosier v. Bissonnette*, USDC C.A. No. 03-40194-FDS and *Pina v. Maloney*, USDC 02-12441-MEL ; filing answers and supplemental answers in federal habeas petitions, *Ali v. Reilly*, USDC 04-30005-KPN, *Lepper v. Russo*, Civil Action No. 04-11879-MLW and *Donovan v. Russo*, USDC C.A. 05-10202-EFH; filing answers in civil rights actions, *Schofield v. Green et al.*, USDC 04-12484-WGY and *Hyde v. State of Massachusetts et al.*, Civil Action No. 04-12429-RWZ; and researching, drafting opposition to an expected motion for evidentiary hearing

2

and discovery in *Delgado v. Dennehy*, USDC C.A. No. 04-30124-MAP.

In addition, there are many responsibilities that must be undertaken in connection with other active cases including contacting counsel and officials in corrections, district attorneys' and clerks' offices; gathering and reviewing files, records, briefs and other documents; evaluating the claims asserted, and researching and drafting possible defenses.

WHEREFOR, The respondent respectfully moves this Court to enlarge the time for filing a memorandum of law in opposition to the petition for writ of habeas corpus to June 6, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL
/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF SERVICE**

_____I hereby certify that a true copy of the above document was served upon the petitioner's counsel at the address below, by first class mail, postage pre-paid, on April 14, 2005.
Joseph F. Krowski
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 0230

/s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General

3

## CERTIFICATE OF CONSULTATION

      **Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she consulted with the office of the petitioner's counsel, Joseph F. Krowski, regarding the above motion and he did not assent to the motion.**

                                                          /s/ Annette C. Benedetto  
                                                          Annette C. Benedetto  
                                                          Assistant Attorney General