UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
LEROY WILLIAMS,              )
     Petitioner,             )    CIVIL ACTION NO.
                             )    04-12642-DPW
     v.                      )
                             )
MICHAEL THOMPSON,            )
     Respondent.             )
                             )
                             )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued April 14, 2006, denying the Petitioner's petition for habeas relief, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        BY THE COURT,


                                        /s/ Michelle Rynne
                                        Deputy Clerk


DATED: April 14, 2006