UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-12642-DPW

_____
                              )
LEROY WILLIAMS,               )
    Petitioner/Appellant      )
                              )
v.                            )
                              )
MICHAEL THOMPSON              )
    Respondent/Appellee       )
_____)

## NOTICE OF APPEAL

The Petitioner/Appellant, Leroy Williams, hereby gives notice, pursuant to Rule 3 of the Federal Rules of Appellate Procedure for the First Circuit Court of Appeal, of his intention to appeal to the First Circuit Court of Appeals the April 14, 2006, Memorandum and Order of the District Court (Woodlock, J.) denying and dismissing the Petitioner/Appellant's §2254 habeas corpus petition.

By his Attorney,

__/s/ Joseph F. Krowski, Esquire__
JOSEPH F. KROWSKI, ESQUIRE
LAW OFFICE OF JOSEPH F. KROWSKI
30 Cottage Street
Brockton, MA 02301

Dated: April 18, 2006          (508) 587-3701
m:cri\williams.notice.appeal   BBO: 280540

**CERTIFICATE OF SERVICE**

I, Joseph F. Krowski, Esquire, hereby certify that I have this 18th day of April, 2006, served a copy of the above Notice of Appeal on Annette C. Benedetto, AAG, Attorney General's Office, One Ashburton Place, Boston, MA 02108 by first class mail postage prepaid.

__/s/_Joseph F. Krowski, Esquire__