```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                                    DOCKET NO: 04-12642-DPW

_____
                               )
LEROY WILLIAMS,                )
     Petitioner/Appellant      )
                               )
v.                             )
                               )
MICHAEL THOMPSON               )
     Respondent/Appellee       )
_____)
```

**MOTION FOR CERTIFICATE OF APPEALABILITY**

Pursuant to Local Rule 22.1 of the Federal Rules of Appellate Procedure for the First Circuit, the Petitioner/Appellant, Leroy Williams, moves the District Court to issue in full a Certificate of Appealability regarding his §2254 habeas corpus petition which was dismissed by Memorandum and Order of the court on April 14, 2006.

As reasons therefor, the Petitioner presented to the court, through comprehensive legal memoranda with attached exhibits, a substantial showing that he is being deprived of substantive constitutional rights with respect to the two (2) issues advanced through his petition:

1. Denial of the Petitioner's Fourteenth Amendment Right to Receive Equal Protection of the Law by the state prosecutor's impermissible use of a peremptory challenge to strike a member of a minority class from the potential jury without providing a nondiscriminatory justification, and

1

2.   Denial of the Petitioner's Fourteenth Amendment Right to receive Due Process of Law by the commonwealth's attainment of a criminal conviction despite a lack of evidence upon which reasonable jurors could have concluded that guilt had been proven beyond a reasonable doubt.

With respect to the issues delineated *supra*, reasonable jurists, based upon a fair and balanced consideration of all the facts and circumstances of this case, could debate and agree that the petition should have been allowed. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).

By his Attorney,

__/s/ Joseph F. Krowski, Esquire__
JOSEPH F. KROWSKI, ESQUIRE
LAW OFFICE OF JOSEPH F. KROWSKI
30 Cottage Street
Brockton, MA 02301
(508) 587-3701
BBO: 280540

Dated: April 18, 2006
m:cri\williams.motion.appealability

**CERTIFICATE OF SERVICE**

I, Joseph F. Krowski, Esquire, hereby certify that I have this 18th day of April, 2006, served a copy of the above Motion for Certificate of Appealability on Annette C. Benedetto, AAG, Attorney General's Office, One Ashburton Place, Boston, MA 02108 by first class mail postage prepaid.

__/s/_Joseph F. Krowski, Esquire__