UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 04-12642-DPW

```
_____
                           )
LEROY WILLIAMS,            )
     Petitioner/Appellant  )
                           )
v.                         )
                           )
MICHAEL THOMPSON           )
     Respondent/Appellee   )
_____)
```

### EX PARTE MOTION TO PURSUE APPEAL IN FORMA PAUPERIS

The Petitioner/Appellant, Leroy Williams, moves this court *ex parte* to permit him to pursue his pending appeal *in forma pauperis* and waive all fees, costs, and expenses associated with seeking further appellate review pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure of the First Circuit.

As reasons therefor, the Petitioner has been deemed indigent by the Commonwealth of Massachusetts Probation Department and the Commonwealth of Massachusetts Committee for Public Counsel Services.

By his Attorney,

__/s/ Joseph F. Krowski, Esquire
JOSEPH F. KROWSKI, ESQUIRE
LAW OFFICE OF JOSEPH F. KROWSKI
30 Cottage Street
Brockton, MA 02301
(508) 587-3701
BBO: 280540

Dated: April 18, 2006
m:cri\williams.mtn.pauperis