# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12642

Leroy Williams

v.

Michael Thompson

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-16

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 26, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

District of Massachusetts Version 2.5 - Docket Report
Case 1:04-cv-12642-DPW   Document 17-2   Filed 05/26/2006   Page 1 of 4
Page 1 of 4

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12642-DPW

Williams v. Thompson
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/17/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Plaintiff**

**Leroy Williams**  represented by  **Joseph F. Krowski, Sr.**
Joseph F. Krowski Law Offices
30 Cottage Street
Brockton, MA 02301
508-587-3701
Fax: 508-588-6035
Email: josephkrowski.law@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Thompson**  represented by  **Annette C. Benedetto**
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 60885, filed by Leroy Williams. (Attachments: # 1 cover sheet)(Nici, Richard) (Entered: 12/21/2004) |
| 12/20/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Nici, Richard) (Entered: 12/21/2004) |
| 12/23/2004 | 2 | Judge Douglas P. Woodlock : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Rynne, Michelle) (Entered: 12/23/2004) |
| 12/27/2004 | 3 | Proposed Document(s) submitted by Leroy Williams. Document received: Memorandum supporting thr petitioner's application for Federal Habeas Relief. (Nici, Richard) (Entered: 12/29/2004) |
| 01/25/2005 | 4 | NOTICE of Appearance by Annette C. Benedetto on behalf of Michael Thompson (Nici, Richard) (Entered: 01/27/2005) |
| 01/25/2005 | 5 | MOTION for Extension of Time to March 4, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by Michael Thompson.(Nici, Richard) (Entered: 01/27/2005) |
| 02/17/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 5 Motion for Extension of Time to File Response to petition. Response due 3/4/05. (Rynne, Michelle) (Entered: 02/17/2005) |
| 04/14/2005 | 6 | MOTION for Leave to File *Answer and Supplemental Answer Late* by Michael Thompson.(Benedetto, Annette) (Entered: 04/14/2005) |
| 04/14/2005 | 7 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) by Michael Thompson. (Benedetto, Annette) (Entered: 04/14/2005) |
| 04/14/2005 | 8 | APPENDIX/EXHIBIT re 7 Response to Petition for Writ of Habeas Corpus - 2254 *Supplemental Answer* by Michael Thompson. (Benedetto, Annette) (Entered: 04/14/2005) |
| 04/14/2005 | 9 | MOTION for Extension of Time to June 6, 2005 to File |

| | | |
|---|---|---|
| | | *Memorandum in Opposition to Petition* by Michael Thompson. (Benedetto, Annette) (Entered: 04/14/2005) |
| 04/21/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 6 Motion for Leave to File, granting 9 Motion for Extension of Time to File opposition to petition. Opposition due 6/6/05. No further extensions. (Rynne, Michelle) (Entered: 04/21/2005) |
| 06/03/2005 | 10 | MEMORANDUM OF LAW by Michael Thompson. (Benedetto, Annette) (Entered: 06/03/2005) |
| 08/03/2005 | 11 | Response by Leroy Williams to 10 Memorandum of Law. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibit 5# 6 Exhibit Exhibit 6# 7 Exhibit Exhibit 7# 8 Exhibit Exhibit 8) (Krowski, Joseph) Additional attachment(s) added on 8/4/2005 (Nici, Richard). (Entered: 08/03/2005) |
| 08/04/2005 | | Notice of correction to docket made by Court staff. Correction: docket entry 11 corrected because: document was unsigned. (Nici, Richard) (Entered: 08/04/2005) |
| 04/14/2006 | 12 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying petition for habeas corpus. (Woodlock, Douglas) (Entered: 04/14/2006) |
| 04/14/2006 | 13 | Judge Douglas P. Woodlock : ORDER OF DISMISSAL entered. (Rynne, Michelle) (Entered: 04/14/2006) |
| 04/18/2006 | 14 | NOTICE OF APPEAL as to 12 Order Dismissing Case, 13 Order by Leroy Williams. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/8/2006. (Krowski, Joseph) (Entered: 04/18/2006) |
| 04/18/2006 | 15 | MOTION for Certificate of Appealability by Leroy Williams. (Krowski, Joseph) (Entered: 04/18/2006) |
| 04/18/2006 | 16 | Ex Parte MOTION for Leave to Proceed in forma pauperis by Leroy Williams.(Krowski, Joseph) (Entered: 04/18/2006) |
| 04/19/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 15 Motion for Certificate of Appealability, there being |

|  |  | no substantial showing of the denial of a constitutional right, and granting 16 Motion for Leave to Proceed in forma pauperis, the petitioner's indigent status having been established in the state courts and recognized in this. (Woodlock, Douglas) (Entered: 04/19/2006) |
|---|---|---|